George W. RITTER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10450.

Circuit Court of Appeals, Sixth Circuit.

Oct. 23, 1947.

Ritter & Boesel, Milton C. Boesel, and James F. Holden, all of Toledo, Ohio, for petitioner.

Sewall Key, of Washington, D. C., for respondent.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This cause coming on to be heard on the briefs, transcript of record, and argu-

1020

ments of counsel in open court, and it appearing that the evidence clearly supported the findings and conclusions of the Tax Court of the United States, and the court being duly advised in the premises, it is hereby ordered and decreed that the decision of the Tax Court of the United States be and is hereby affirmed.